```
Shaunda L. McNeill (Bar No. 329857)
slm@clydesnow.com
CLYDE SNOW & SESSIONS
201 S. Main Street, Suite 1300
Salt Lake City, UT 84111
Telephone: (801) 322-2516

Attorney for Defendant Zach Hillstead
```

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON WALTON, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ZACH HILLSTEAD,<br><br>    Defendant. | CASE NO. 3:20-CV-02087-W-LL<br><br>**ANSWER OF DEFENDANT ZACH HILLSTEAD**<br><br>District Judge Thomas J. Whelan<br><br>Magistrate Judge Linda Lopez |

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, Defendant Zach Hillstead ("Hillstead" or "Defendant"), by and through its counsel, hereby answers the Complaint of Plaintiff Jason Walton ("Walton" or "Plaintiff"). This Answer is made subject to and without waiver of Defendant's defense stated below that the Court lacks personal jurisdiction over him.

All allegations of the Complaint that are not specifically admitted herein are denied. Hillstead responds to each paragraph of the Complaint as follows:

**JURISDICTION & VENUE**

1. Deny.
2. Deny.
3. Deny.

**THE PARTIES**

4. Deny for lack of knowledge.
5. Admit.

**BACKGROUND**

6. Admit that Walton is the principal owner of Moxie Pest Control, LP. Deny remaining allegations for lack of information.
7. Admit that the paragraph identifies the primary Sales Season and Recruitment Season. Deny that sales happen exclusively during the Sales Season and that recruitment happens exclusively during the Recruitment Season.
8. Deny.
9. Admit that Hillstead owns Hillstead Enterprises, LLC. Deny remaining allegations.
10. Deny.
11. Deny.
12. Deny.

**FIRST CAUSE OF ACTION**

13. Defendant incorporates the foregoing responses as though fully set forth herein.
14. Admit that California recognizes a right of privacy. Deny Plaintiff's characterization of California's privacy laws. Deny remaining allegations.
15. Admit.

16. Admit that the case holdings appear to be accurately characterized. Deny remaining allegations. Defendant's legal research and analysis are still ongoing.
17. Deny.
18. Deny.
19. Deny.
20. Deny.
21. Deny.
22. Deny.
23. Deny that Plaintiff is entitled to the relief sought. Deny remaining allegations.

**SECOND CAUSE OF ACTION**

24. Defendant incorporates the foregoing responses as though fully set forth herein.
25. Admit that California recognizes a right of privacy. Deny Plaintiff's characterization of California's privacy laws. Deny remaining allegations.
26. Deny.
27. Deny.
28. Deny.
29. Deny.
30. Deny.
31. Deny.
32. Deny.
33. Deny.
34. Deny that Plaintiff is entitled to the relief sought. Deny remaining allegations.

## DEFENSES

1. The claims must be dismissed because Court lacks personal jurisdiction over Defendant. Defendant does not reside in California and does not conduct business in California. Defendant lacks minimum contacts with the State of California, and has not availed himself of the benefits and protections of the State of California.
2. Plaintiff has failed to state a claim upon which relief can be granted.
3. The claims are barred in part by the applicable statute of limitations.
4. The claims fail because the communications at issue in this lawsuit were not confidential.
5. The claims fail because Walton expressly or impliedly consented to the recording and disclosure of the communications at issue in this lawsuit.
6. The claims fail because Plaintiff has failed to preserve confidentiality in the communications at issue in this lawsuit.
7. The claims are barred by estoppel, unclean hands, and laches.

## RESERVATION

Defendant reserves the right to assert additional defenses and/or claims that may come to light during the course of discovery.

## PRAYER FOR RELIEF

WHEREFORE, Defendant, having fully answered the allegations contained in the claims, prays that the claims be dismissed with prejudice and upon the merits, that Plaintiff take nothing thereby, that the Prayer for Relief contained in the Complaint be denied, that Defendant be awarded his attorney fees and costs incurred

in this action, and for such other and further relief as the Court may deem necessary, just, and proper under the circumstances.

DATED:       November 23, 2020           CLYDE SNOW & SESSIONS, P.C.


                                         *s/ Shaunda L. McNeill*
                                         *Attorney for Defendant*
                                         Email:  slm@clydesnow.com