Gregory K. Nelson, Esq.
CSB No. 203029
Email: nelson@weeksnelson.com
Chandler G. Weeks, Esq.
CSB No. 245503
Email:  cgw@weeksnelson.com
WEEKS NELSON
16236 San Dieguito Rd., #5-13
P.O. Box 675963
Rancho Santa Fe, CA 92067
Telephone: (858) 794-2140

Attorneys for Plaintiff

Shaunda L. McNeill (Bar No. 329857)
Email:  slm@clydesnow.com
CLYDE SNOW & SESSIONS
201 S. Main Street, Suite 1300
Salt Lake City, UT 84111
Telephone: (801) 322-2516

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JASON WALTON**, an individual, | Case No.:  3:20-CV-02087-W-LL |
| Plaintiff, | |
| vs. | **STIPULATION FOR ENTRY OF JUDGMENT** |
| **ZACH HILLSTEAD,** | |
| Defendant. | |

WHEREAS, Plaintiff Jason Walton ("Plaintiff" or "Walton") filed this action asserting claims of violation of California Penal Code Sections 632 and 632.7, on October 23, 2020;

WHEREAS, Defendant Zack Hillstead ("Defendant" or "Hillstead") filed an answer to the complaint on November 23, 2020;

WHEREAS, Plaintiff and Defendant have agreed to resolve and dismiss this lawsuit with prejudice,

NOW THEREFORE, Plaintiff and Defendant, by and through their respective counsels of record, hereby agree and stipulate that judgment be entered as follows:

1. Hillstead admits and acknowledges that he, using his smartphone/cellphone, intentionally and knowingly recorded at least one private, confidential telephone conversation with Walton, without his knowledge, consent or permission.

2. Hillstead admits and acknowledges that he shared that recording with one or more family members.

3. Walton contends that he has previously advised Hillstead that he does not authorize anyone to record his private conversations, which Hillstead contends he does not recall.

4. Hillstead, nevertheless, affirmatively acknowledges that he is now aware that Walton has a policy that he does not authorize anyone to record his private conversations; and

5. Hillstead commits to never record Walton without his consent.

6. The parties agree to dismiss this action in its entirety, including all claims and counterclaims, and their respective defenses, which were or could have been asserted, with prejudice.

7. The Court shall retain jurisdiction to enforce the terms of this Judgment and the associated settlement agreement.

8.  Each party will bear its own costs and attorney's fees associated with this action.

Respectfully submitted,

Dated:  April 5, 2021                    WEEKS NELSON

By:   */s/ Gregory K. Nelson*
      Gregory K. Nelson
      Attorneys for Plaintiff

Dated:  April 5, 2021

By: */s/ Shaunda L. McNeill*
    Shaunda L. McNeill
    Attorneys for Defendants

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the Stipulated Judgment has been served on May 13, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.


DATED: May 13, 2021               */s/ Gregory Nelson*
                                  GREGORY K NELSON