| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| JASON WALTON, | Case No.: 20-CV-2087 W (LL) |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO DISMISS AND ENTRY OF JUDGMENT [DOC. 23]** |
| v. | |
| ZACH HILLSTEAD, | |
| Defendant. | |

Pending before the Court is a Stipulation for Entry of Judgment ("Stipulation"). The Stipulation is based on the following facts agreed upon by the parties:

- Hillstead admitted and acknowledges that he, using his smartphone/cellphone, intentionally and knowingly recorded at least one private, confidential telephone conversation with Walton, without his knowledge, consent or permission;
- Hillstead admitted and acknowledges that he shared that recording with one or more family members;
- Walton contended that he has previously advised Hillstead that he does not authorize anyone to record his private conversations, which Hillstead contends he does not recall;

- Hillstead, nevertheless, affirmatively acknowledges that he is now aware that Walton has a policy that he does not authorize anyone to record his private conversations; and
- Hillstead commits to never record Walton without his consent.

Based on the above stipulated facts, the Court finds Hillstead is liable to Walton for invasion of privacy under California Penal Code §§ 632 and 632.7.

Accordingly, pursuant to the parties' Stipulation and the Consent to Jurisdiction by a United States Magistrate Judge [Doc. 24], the Court **ORDERS** as follows:

1. The entire action, including all claims, counterclaims, and defenses, is **DISMISSED WITH PREJUDICE**.
2. Magistrate Judge Linda Lopez shall retain jurisdiction for the term of one year to enforce the terms of this Judgment and the associated settlement agreement.
3. Each party will bear their own costs and attorney's fees associated with this action.

**IT IS SO ORDERED**.

Dated: June 1, 2021

_____
Hon. Thomas J. Whelan
United States District Judge